**210**

**Lindell O'Dell STEVENSON and Eddie Ray Stevenson, Appellants,**

v.

**COMMONWEALTH of Kentucky, Appellee.**

Court of Appeals of Kentucky.

March 16, 1973.

E. W. Rivers, Paducah, for appellants.

Ed W. Hancock, Atty. Gen., G. Edward James, Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion by Commissioner CATINNA, Reversing.*

**George Patrick ARNOLD, Appellant,**

v.

**COMMONWEALTH of Kentucky, Appellee.**

Court of Appeals of Kentucky.

March 16, 1973.

Thomas D. Shumate, Shumate, Shumate & Flaherty, Richmond, for appellant.

Ed Hancock, Atty. Gen., James M. Ringo, Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion of the Court by Commissioner CATINNA, Reversing.*

**James DENNISON, Jr.**

v.

**COMMONWEALTH of Kentucky.**

Court of Appeals of Kentucky.

March 16, 1973.

G. D. Milliken, Jr., Milliken & Milliken, Bowling Green, for appellant.

Ed Hancock, Atty. Gen., James M. Ringo, Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion by Justice REED, Reversing.*

* Opinion ordered not to be published.